In Propria Persona - Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Case No. _____

Thomas Edward Humphrey

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

CALIFORNIA HIGHWAY PATROL

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*    Yes    No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Thomas Edward Humphrey |
   | Street Address | 12 Summer Street Apt. 2 |
   | City and County | Boston, Suffolk County |
   | State and Zip Code | Mass. Republic [ 02129 ] |
   | Telephone Number | (617) 835-9319 |
   | E-mail Address | thomasehumphrey@gmail.com |

In Propria Persona - Complaint for a Civil Case

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CALIFORNIA HIGHWAY PATROL |
| Job or Title *(if known)* | Law Enforcement Agency |
| Street Address | 601 N 7th Street |
| City and County | Sacramento, Sacramento County |
| State and Zip Code | CA 95811 |
| Telephone Number | (916) 843-3000 |
| E-mail Address *(if known)* | rmatyshock@chp.ca.gov , martin.sandoval@chp.ca.gov |

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    Federal question        ✓ Diversity of citizenship        ✓ U.S. Government Defendant

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Thomas Edward Humphrey ,is a citizen of the State of *(name)* Massachusetts .

2. The Defendant(s)

   b. If the defendant is a corporation

   The defendant, *(name)* CALIFORNIA HIGHWAY PATROL ,is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .

   Or is incorporated under the laws of *(foreign nation)* ,

In Propria Persona - Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**\*\*PLEASE SEE ATTACHED BASIS OF CLAIM\*\***

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**\*\*PLEASE SEE ATTACHED BASIS OF CLAIM\*\***

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**\*\*PLEASE SEE ATTACHED BASIS OF CLAIM\*\***

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

BASIS OF CLAIM

August 8, 2023, at approximately 11:15 a.m., I left the Walmart parking lot in Sonora, CA (1101 Sanguinetti Rd, Sonora, CA 95370) headed to the Tuolumne County Library (408 Greenley Rd, Sonora, CA 95307). I was headed north on Greenley Rd, when at 11:20 a.m. officer F. Pulido with the California Highway Patrol (badge # 18655), initiated an unwarranted traffic stop, pulling me over in front of Adventist Health Sonora hospital (1000 Greenley Rd, Sonora, CA 95370).

Officer F. Pulido stated the reason for the traffic stop was because I had no license plates. I informed him of my current status and standing and presented my private American National identification and our nation's public notice and proof of ownership. Approximately 15 minutes later, officer F. Pulido returns, strongly soliciting, saying he needs me to step out of my mobile home to sign his ticket. I respectfully decline his offer to contract. He then tries to persuade me to contract by telling me that it is not an admission of guilt, it is just a promise to appear in court. I again respectfully declined his offer to contract. Officer F. Pulido then compels me to sign under threat of arrest.

Through the use of intimidation by way of threat of my personal liberty, I was coerced against my own will into signing his ticket, rendering my signature and the contract null and void. It is unconscionable to force someone to contract under threat and coercion. Getting me to step out of my mobile home was also a manipulation tactic in order to displace me from my property, seeking to gain lawful justification in impounding my property by my coerced compliance. (A party having superior knowledge who takes advantage of another's ignorance of the law to deceive him by studied concealment or misrepresentation can be held responsible for that conduct. *(Fina Supply, Inc. v. Abilene Nat. Bank, 726 S.W.2d 537, 1987.)*)

Officer F. Pulido erroneously presumed that a maritime contract exists between me and the STATE OF CALIFORNIA and that I am of "subject status" to maritime jurisdiction. Civil admiralty and maritime actions require an existing bona fide contract in order for a plaintiff to have standing to sue. No such contract exists.

Officer F. Pulidos' tortious behavior, motivated by the unethical champertous relationship between the CALIFORNIA HIGHWAY PATROL, STATE OF CALIFORNIA and COUNTY OF TUOLUMNE, has inflicted great mental, emotional and physical distress. Until this very moment, I have been reduced to living in a tent, being forced to endure the elements of nature.

COMPENSATORY DAMAGES OWED

Unwanted traffic stop: $10,000.00. Illegally detained from 11:20 a.m. - 11:42 a.m.: $22,000.00. Forced signature: $100,000.00. Displacement and deprivation of my private dwelling/domicile, private property and cherished sacred items: $50,000.00 per day x 25 days from 08/08/2023 to 09/01/2023 = $1,250,000.00. Hookup/Tow: $2000. Storage: $1000 per day = $25,000.00. Forced to walk long distances in high temperatures: $25,000.00. Soft tissue injury: $18,000.00. Pain and suffering due to soft tissue injury: $6,000.00. Forced to sleep on the ground for seven nights with a chronic back pain: $10,000.00 per night x 7 night = $70,000.00. Sleeping outside without a tent: $15,000.00 per night x 3 nights = $45,000.00. Humiliation, loss of enjoyment of life, grief, anxiety, insomnia, emotional distress, inconvenience and hindrance of religious observances: $150,000.00.

**Compensatory damages owed from 08/08/2023 to 09/01/2023 Total: $1,814,000.00**

### Video and Picture Evidence

**CHP Incident 08/08/2023**
**Part 1:** https://www.instagram.com/p/CvuS_38NUuB/

https://fb.watch/mDVhoBNoIt/

**Part 2:** https://www.instagram.com/p/Cv1ySnmNbRS/

https://fb.watch/n4yjCMa66k/

**Part 3:** https://www.instagram.com/p/Cvy5kohtyD7/

https://fb.watch/n4yJst9_XU/

**Part 4:** https://www.instagram.com/p/Cvuk304t5zb/

https://www.facebook.com/reel/679576593507393

*Please read comments on social media posts for further evidence of anxiety, humiliation and emotional distress.*

**Original video 08/08/2023**
https://photos.app.goo.gl/Mkbb4w6smyF6qHa77

**Private Identification & Public Notice**
https://photos.app.goo.gl/Apd9D8TRf8EyjzTa6

**Pain and suffering / Hindrance of Ministry, Religious Observances & Lifestyle ~ Evidence**
https://photos.app.goo.gl/w7zBzAnEdBFEZJup7

## Surgical History

I have had 5 corrective spinal surgeries since 2010 and currently live in constant crippling pain that has caused me to lay on my back approximately 80% of my waking hours for the past decade. My disability is unique, in that I am able to do anything an able-bodied person can do, but EVERYTHING I do causes pain; sitting, standing and walking being among the most painful. I was born with an extra vertebrae (L6 Transitional vertebrae) that is naturally sacralized / fused to my sacral. (type III unilateral transverse process fuses with the sacrum with complete sacralization) This caused L4-L5 disc degeneration due to the added stress from the natural sacralization and high athletic activity in my younger years. On November 29, 2010 I had a Laminectomy and Discectomy on my L4-L5 disk due to herniation. January 19, 2011 I had to have an emergency Discectomy and Decompression, on the same disk, due to a pinched nerve caused by re-herniation and fluid buildup which was compressing my sciatic nerve running down my left leg. I lost about 70% of the strength in my left leg and was unable to walk until the nerve was relieved of compression. I now suffer from permanent sciatic nerve damage in my left leg. The re-herniated disc and the second discectomy left my spine unstable. On April 23, 2012 I had a Posterior L4-L5 Lumbar Spinal Fusion. Unfortunately, the fusion did not fuse and on February 6, 2013 I had to have an Anterior/Posterior revision surgery for Non-Union of the L4-L5 Vertebrae. Due to the nonunion of my vertebrae, I suffered from Spondylolisthesis. (Spondylolisthesis is a condition in which a vertebra in the spine slips out of the proper position). My spine had slid forward compressing the nerve roots at the L4-L5 levels causing extreme pain, numbness and tingling down both of my legs and tight muscle spasms in my lower back. X-rays showed that my left Sacroiliac Joint had also degenerated causing further pain so the doctor also performed a Left Sacroiliac Joint Fusion with a permanent cage. *The picture of the rods and screws, taken next to the quarter, is the actual hardware that was removed from my spine after the fusion healed. The cage seen in the X-ray is permanent and cannot be removed.*

Anterior Lumbar Interbody Fusion (ALIF) Video
https://www.spine-health.com/video/alif-anterior-lumbar-interbody-fusion-video

Posterior Lumbar Interbody Fusion (PLIF) Video
https://www.spine-health.com/video/posterior-lumbar-interbody-fusion-plif-video

Lumbar Degenerative Disc Disease Video
https://www.spine-health.com/video/lumbar-degenerative-disc-disease-video

**Proof of Traveling Ministry & Lifestyle**

I am a servant of the Most High 𐤀𐤉𐤄𐤅
https://www.instagram.com/p/Ct_u_lwggKV/

The Lord makes firm the steps of the one who delights in Him
https://www.instagram.com/p/CxT4QBGvAzO/

The United Nations of Yisrael First Ever Tribal Flag Raising Ceremony ~ Part 1
https://www.instagram.com/p/CjDfKNuAE7G/

The United Nations of Yisrael First Ever Tribal Flag Raising Ceremony ~ Part 2
https://www.instagram.com/p/CjDlGVVg8Ri/

Always be ready to answer those who ask for the reason of the hope that is in you
09/23/2020 Fackbook Live Video: https://fb.watch/n8O0236CL6/

Instagram Posts of 09/23/2020 Facebook Live Video
Part 1: https://www.instagram.com/p/CUQPTJSgB0K/
Part 2: https://www.instagram.com/p/CUl_QqvANNG/
Part 3: https://www.instagram.com/p/CUmeIM9A8Vw/

Happy Birthday me 🥳
https://www.instagram.com/p/Ci14XXKOyy6/

You have Loved Righteousness, Virtue, Morality and Justice, and hated wickedness
https://www.instagram.com/p/CctOX3nOQW5/?img_index=1

Passover 2022
1. https://www.instagram.com/reel/CqtA37gg1rn/?igshid=MzRlODBiNWFlZA==
2. https://www.instagram.com/reel/Cq40WB7ALwy/?igshid=MzRlODBiNWFlZA==
3. https://www.instagram.com/reel/Cq5-IrNgde5/?igshid=MzRlODBiNWFlZA==
4. https://www.instagram.com/reel/CrB-UCZgNJk/?igshid=MzRlODBiNWFlZA==
5. https://www.instagram.com/reel/CrHAMvLgSBr/?igshid=MzRlODBiNWFlZA==
6. https://www.instagram.com/reel/CrKYPLsgCCa/?igshid=MzRlODBiNWFlZA==

⚠️ HIGH WATCH ⚠️ Second Passover/Pesach Sheni 2023
https://www.instagram.com/p/CrlXbeIu-jI/?igshid=MzRlODBiNWFlZA==

Passover 2023
https://www.instagram.com/reel/CrwBQQXgCEo/?igshid=MzRlODBiNWFlZA==

My oppression has become my salvation
https://www.instagram.com/p/CrkeOYZgOiX/

Man shall not live by bread alone 09/05/2023 ~ *intervening consequential damages*
https://www.instagram.com/reel/Cw1vn75O6Mn/?igshid=MzRlODBiNWFlZA==

The Feast of Tabernacles/Sukkot 2021
Part 1: https://www.instagram.com/p/CUreb9_guBt/

Part 2: https://www.instagram.com/p/CUrfPWbAQQ5/

*Please be advised that I need my mobile home back in order attend our Sukkot celebration on September 29th 2023 to October 9, 2023 in Steelville, MO. Please see link below:*

https://eliyah.com/feast-of-tabernacles-sukkot-2023/

A call to remembrance
https://www.instagram.com/reel/CwL17VXNOJs/?igshid=MzRlODBiNWFlZA==

Yom Teruah/Rosh Hashanah/Feast of Trumpets 2023
https://www.instagram.com/p/CxTz12hSXta/

And he shall open the Gates of Paradise
https://www.instagram.com/p/Clcl540AaJD/

We Rise
https://www.instagram.com/p/CvbGTioNKc4/

Unity is the most powerful weapon we never use
https://www.instagram.com/p/CsEi85Jg-WQ/

And if it seem evil unto you to serve the LORD CHOOSE YOU THIS DAY WHOM YE WILL SERVE
https://www.instagram.com/p/Cu6RINsgI5C/

The Brotherhood of the Children of Light
https://www.instagram.com/p/ChmfDGFgt-B/

Jefferson City Police encounter
Part 1: https://www.instagram.com/p/CTlHHhGAc7f/

Part 2: https://www.instagram.com/p/CTlnZ0WgBxh/

Part 3: https://www.instagram.com/p/CTlqJaygIUF/

Missouri State Highway Patrol, Official Public Notice
https://www.instagram.com/p/CxWXQWOSg4Y/

ANPC International Mission: Freedom, Spiritual Awakening
https://www.instagram.com/p/CUtMC1EgIpd/

Who is N.A.T.F.? We are 'America's Watchdog
https://www.instagram.com/p/CUvccfiFQ-j/?img_index=10
https://www.national-taskforce.org/

REPENT FOR THE FULFILLMENT OF ALL THINGS IS AT HAND
https://www.instagram.com/reel/CxL_5hOymcm/?igshid=MzRlODBiNWFlZA==

Prayer of hope to my Father
https://www.instagram.com/p/CwwN-IDr-ue/?igshid=MzRlODBiNWFlZA==

Biblical anniversary of Pentecost
https://www.instagram.com/p/CtAvDBwtEp8/?igshid=MzRlODBiNWFlZA==

Ascension Day 2023
https://www.instagram.com/p/CsItxupO9WK/?img_index=1

You cleanse the outside of the cup, but inside you are full of extortion and self-indulgence
https://www.instagram.com/p/CilfrzsAGdI/

If I speak in the tongues of Angels, but do not have love, I am only a resounding gong
https://www.instagram.com/p/Ciej18wAOIN/

"He who hears and accepts you, hears and accepts me"
https://www.instagram.com/reel/CrMk_kTgARj/?igshid=MzRlODBiNWFlZA==

Trust in the Lord with all thine heart and lean not upon thine own understanding
https://www.instagram.com/reel/CqjmqVQAw3c/?igshid=MzRlODBiNWFlZA==

Mortify the deeds of the flesh
https://www.instagram.com/reel/Crr5WU7A9lU/?igshid=MzRlODBiNWFlZA==

The Apocalypse of St Paul the Apostle
https://www.instagram.com/reel/Crf036Cg0P8/?igshid=MzRlODBiNWFlZA==

The wages of sin is death but the gift of God is eternal life in Christ Jesus our Lord
https://www.instagram.com/reel/CneDb4bD695/?igshid=MzRlODBiNWFlZA==

Do you not know that your bodies are temples of the Holy Spirit?
https://www.instagram.com/reel/CnX19y5julR/?igshid=MzRlODBiNWFlZA==

No you not that fear cometh because of sin/iniquity?
https://www.instagram.com/reel/Cmqhii6jiyk/?igshid=MzRlODBiNWFlZA==

LETTERS TO THE ENDTIME CHURCHES
https://www.instagram.com/reel/CmYWMPPApQS/?igshid=MzRlODBiNWFlZA==

THE KINGDOM OF HEAVEN IS AT HAND
https://www.instagram.com/reel/CmTmiXqgmEe/?igshid=MzRlODBiNWFlZA==

What shall a man give in exchange for his own soul?
https://www.instagram.com/reel/CmJO64pg3mA/?igshid=MzRlODBiNWFlZA==

Heaven is my home, I'm just here recruiting🥰
https://www.instagram.com/p/CmFy3uhNUTK/?igshid=MzRlODBiNWFlZA==

What is your life? You are but a mist that is here for a little while then vanishes
https://www.instagram.com/reel/CmDlzJUgqSl/?igshid=MzRlODBiNWFlZA==

For the LORD is good; His mercy is everlasting; And His truth endureth to ALL generations
https://www.instagram.com/reel/Cl1hNxzgCT7/?igshid=MzRlODBiNWFlZA==

The way of error I have left and walk victoriously toward Most High
https://www.instagram.com/reel/Ck4bzvCAXmN/?igshid=MzRlODBiNWFlZA==

In the Will of the Lord is your Salvation
https://www.instagram.com/p/Ck3QhiguHpD/?igshid=MzRlODBiNWFlZA==

"If you Faithfully obey the voice of the Lord your God blessings shall overtake you"
https://www.instagram.com/reel/CkeIjDLgais/?igshid=MzRlODBiNWFlZA==

Blessed are those who find wisdom and who gain understanding
https://www.instagram.com/reel/CkLou1nABvs/?igshid=MzRlODBiNWFlZA==

"The Essene Gospel of Peace"  Communion with the Seven Angels of the Earthly Mother.
https://www.instagram.com/p/CfU9jNkAN8t/

The Tree of Life
https://www.instagram.com/reel/CkD87q9g4C0/?igshid=MzRlODBiNWFlZA==

God has come to test you, so that the fear of God will be with you to keep you from sinning
https://www.instagram.com/p/CrNNQrLgib4/

THY KINGDOM COME THY WILL BE DONE ON EARTH AS IT IS IN HEAVEN
https://www.instagram.com/p/CkDHuawA8n1/

Kingdom Over Everything
https://www.instagram.com/p/Cdck6kGgr1a/

Etc etc etc . . .

For further evidence of traveling ministry and lifestyle please scroll my social media posts:

Instagram Account:
https://www.instagram.com/the_gift_of_eternal_life/

FaceBook Account:
https://www.facebook.com/profile.php?id=100010635219468

For further information on the structure of our government, please visit websites listed below:

The United Nation of Yisreal
https://www.yahwillgather.us/

The American National People of the Creator
https://www.americannationals.org/

The National Action Task Force
https://www.national-taskforce.org/

Official Enoch Calendar
https://www.enochcalendar.com/2023-2024-enoch-calendar-pdf

The Creation Calendar
https://torahcalendar.com/

Etz Hayim—"Tree of Life"
https://www.etz-hayim.com/

EliYah Ministries
https://eliyah.com/

Hebrew for Christians
https://www.hebrew4christians.com/

**SETTLEMENT DEMANDS/CONDITIONS**

This claim only reflects damages that have accrued from 08/08/2023 to 09/01/2023; the date of my signature on STANDARD FORM 95. Pursuant to 28 CFR 14.2(c), I will be amending item number 12d to accurately reflect the unforeseen intervening consequential damages, which continue to accrue; and $50,000 per day for the displacement and deprivation of my private dwelling/domicile, private property and cherished sacred items. If I receive notice that my private property is released, free of charge, by 8 a.m. Friday September 22, 2023, I will not pursue any further compensatory damages beyond the date of notice of release. If a check in the amount of this claim is made available for pickup by 8 a.m. Friday September 22, 2023, at the California Highway Patrol headquarters (601 N 7th St. Sacramento, CA 95811), I will not be making amendments to this claim. If a check in the amount of this claim is not made available for pickup by 8 a.m. Friday, September 22, 2023, I will be making the appropriate amendments as stated above and will continue to amend item number 12d as more unforeseen intervening consequential damages occur.

Thank you for your prompt attention to this matter.

Respectfully,

Thomas Edward Humphrey

## FILE ON DEMAND

**COMES NOW,** Thomas Humphrey to demand that the clerk perform only a ministerial function, that the clerk not perform any tribunal functions, and that the clerk file the attached.

**MANDATORY NOTICE:** Please take mandatory notice *Federal Rules of Evidence 201(d)* that Plaintiff has a lawful right to proceed without cost, based upon the following law:

The U.S. Supreme Court has ruled that a natural man or woman is entitled to relief for free access to its judicial tribunals and public offices in every State in the Union -- *2 Black 620, see also Crandell v. Nevada, 6 Wall 35.*

"Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief" -- *Hale v. Henkel (201 U.S. 43).*

### THE CLERK IS THEREFORE DIRECTED TO FILE THE ATTACHED ACTION AT LAW WITHOUT COST

**BE IT FURTHER KNOWN** If the clerk has been instructed by a Judge or other public official who is superior to your office to not file certain documents, to remove certain documents, or have knowledge of the removal certain documents and you feel compelled to obey that person, you must consider:

*18 USC § 2076* - Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

*Article 4 section 1 of the Constitution for the United States of America states*: "Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state". Violations are Criminal felony offenses pursuant to *18 USC §§ 241, 242, 1951, 2071* and others. Any Citizen who is aware of a felony offense being committed by any Public Official, in violation of the Constitution, is mandated to report it under *18 USC §4* - Misprision of felony: Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

*18 USC §1512b* engages in misleading conduct -- (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both. (3) ... (c) Whoever corruptly—(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

*18 USC § 2071* - Concealment, removal, or mutilation generally – (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

_____TH All Rights Reserved_____aggrieved