# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS EDWARD HUMPHREY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)        No. 1:24-cv-10575-JEK<br>)<br>)<br>)<br>) |

## <u>ORDER</u>

**KOBICK, J.**

On April 12, 2024, this Court ordered Thomas Edward Humphrey to show cause why this action should not be transferred due to improper venue.  ECF 5.  As the Court explained in its show cause order, venue is improper in the District of Massachusetts because the Defendant does not reside in Massachusetts, and none of the alleged actions occurred in the District of Massachusetts.  *See* 28 U.S.C. § 1391(b).  The detailed narrative attached to the complaint describes a traffic stop in Sonoma, California, on August 8, 2023.  ECF 1.

In response to the Court's Order, Mr. Humphrey filed a motion to transfer venue seeking to have this case transferred to the Eastern District of California.  ECF 7.  The Court rules that it is in the interest of justice to transfer the action to the Eastern District of California because venue appears proper in that district.

Accordingly, the motion is <u>ALLOWED</u> and this action is hereby <u>TRANSFERRED</u> to the United States District Court for the Eastern District of California pursuant to the 28 U.S.C.

§1406(a) (requiring dismissal or, if in the interest of justice, transfer of an action where venue is improper).

SO ORDERED.

/s/ Julia E. Kobick
Julia E. Kobick
United States District Judge

Dated: April 15, 2024