UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EDWARD HUMPHREY,<br><br>           Plaintiff,<br><br>      v.<br><br>CALIFORNIA HIGHWAY PATROL,<br><br>           Defendant. | Case No.  1:24-cv-00443-BAM<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS**<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Thomas Edward Humphrey ("Plaintiff"), proceeding *pro se*, filed the instant action on March 6, 2024, in the United States District Court, District of Massachusetts (Boston). (Doc. 1.)  The matter was transferred to this Court on April 15, 2024.  (Doc. 11.)  Plaintiff has neither paid the $405.00 filing fee nor submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a form for application to proceed *in forma pauperis*;

2. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis*, or in the alternative, pay the $405.00 filing fee for this action; and

///

1

3. **Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

Dated:  **April 23, 2024**                    /s/ *Barbara A. McAuliffe*           
                                              UNITED STATES MAGISTRATE JUDGE