## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**THOMAS EDWARD HUMPHREY,**

CASE NO: **1:24–CV–00443–JLT–BAM**

v.

**CALIFORNIA HIGHWAY PATROL,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/27/2024**

**Keith Holland**
Clerk of Court

ENTERED: **June 27, 2024**

by: /s/ C. Maldonado
Deputy Clerk